IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. # 3:11-mc-170

IN THE MATTER OF

the JURY SELECTION PLAN

for the UNITED STATES DISTRICT

COURT for the WESTERN

DISTRICT OF NORTH CAROLINA

ORDER

This matter is before the Court on the matter of amending the Jury Selection Plan of the United States District Court for the Western District of North Carolina.

As the Board of Judges have approved the amendments to the Jury Plan it is HEREBY approved and adopted pending further review and approval by the Fourth Circuit Judicial Council.

SO ORDERED, THIS 2d day of November, 2011.

Robert J. Conrad, Jr., Chief
U.S. District Judge